**William Carl YORK, Plaintiff-Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, US, Defendant-Appellee.**

No. 17-2280

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

William C. York, Appellant Pro Se. Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William C. York appeals the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction and failure to exhaust administrative remedies. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because York's informal brief does not challenge the basis for the district court's disposition, York has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*